# United States Court of Appeals for the Fifth Circuit

_____

No. 23-50449

_____

United States Court of Appeals
Fifth Circuit
**FILED**
December 16, 2024
Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

versus

Christopher Dallas Nelson,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:22-CR-154-1

_____

UNPUBLISHED ORDER ON REHEARING EN BANC

Before Richman, Oldham, and Ramirez, *Circuit Judges*.

Per Curiam:

At the request of one of its members, the court was polled on rehearing en banc. Because a majority of the judges in regular active service and not disqualified did not vote in favor, rehearing en banc is DENIED.

In the poll, eight judges voted in favor of rehearing (Judges Jones, Smith, Richman, Ho, Duncan, Engelhardt, Oldham, and Wilson), and nine judges voted against rehearing (Chief Judge Elrod

and Judges Stewart, Southwick, Haynes, Graves, Higginson, Willett, Douglas, and Ramirez).